# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| EMMANUEL LLAMAS, an individual and California resident, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TRUEFIRE, LLC, and TRUEFIRE, INC.<br><br>        Defendants. | Case No.: 8:20-cv-00857-WFJ-CPT<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION FOR CONTINUED STAY OF LITIGATION** |

Plaintiff, Emmanuel Llamas ("Plaintiff"), and Defendants, TrueFire, LLC and TrueFire, Inc. (collectively, "Defendants") (collectively, the "Parties"), jointly provide this Notice of Settlement to the Court, and request a continuation of the stay of litigation for forty-five (45) days. As good cause, the Parties state as follows:

1. Plaintiff filed his Class Action Complaint on April 14, 2020. (Doc. No. 1).

2. Thereafter, on May 8, 2020, the Parties moved this Court to Temporarily Stay all Deadlines Pending Mediation, (Doc. No. 15) (the "Motion to Stay"), which the Court granted on May 8, 2020. (Doc. No. 16).

3. As part of the Court's May 8, 2020 Endorsed Order, the Parties were to file a joint status report on or before August 4, 2020. (Doc. No. 16).

4. The Parties selected mediator Bennett G. Picker, scheduled, and mediated this case on September 16, 2020, via virtual means due to the COVID-19 pandemic. The mediation continued until October 2, 2020, when the Parties negotiated a final Term Sheet, which was executed October 2, 2020.

1

5.  The Parties are now jointly working on a settlement agreement that will embody the final, executed Term Sheet, and Plaintiff reasonably anticipates moving for review of that settlement by way of a motion for preliminary approval in forty-five (45) days.

6.  Therefore, the Parties respectfully request the Court continue the current stay for forty-five (45) days.

## MEMORANDUM OF LAW

Rule 16(b)(4) provides that a "schedule may be modified only for good cause and with the judge's consent." Rule 6(b)(1) likewise permits extensions of time "upon good cause" on motion by a party seeking the relief "before the original time or its extension expires." Local Rule 3.09(a) similarly affords continuance of trial, hearings and other proceedings "by order of the Court for good cause shown." Further, Local Rule 4.04(b) requires a plaintiff in a class action to move for class certification "unless the time is extended by the Court for cause shown." Finally, the Court is vested with inherent authority to control and manage its own docket. This authority is especially relevant and important in a circumstance when modification of deadlines yields expedience and efficiency for both the litigants and the Court and yields consideration of the case on its substance and merits.

Here, the Parties have reached a settlement they reasonably anticipate being able to present to the Court for review and preliminary approval within forty-five days. Therefore, a 45-day stay in this matter is respectfully warranted to allow the Parties to devote resources toward preliminary approval and benefits to the class, rather than continued litigation.

## RULE 3.01(G) CERTIFICATION

The Parties have met, conferred, and agree with the relief sought in this case.

## **CONCLUSION**

For the reasons requested, the Parties request this Honorable Court stay this matter an additional 45 days from the entry of an order granting this Motion.

Dated: October 4, 2020

Respectfully submitted,

/s/ *Ryan J. McGee*
JOHN A. YANCHUNIS
*jyanchunis@ForThePeople.com*
RYAN J. MCGEE
*rmcgee@ForThePeople.com*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

M. Anderson Berry (*Pro Hac Vice*)
*aberry@justice4you.com*
Leslie Guillon (*Pro Hac Vice*)
*lguillon@justice4you.com*
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW**
**CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
T: (916) 777-7777
F: (916) 924-1829

***Attorneys for Plaintiff***

/s/ *Francis M. McDonald*
FRANCIS M. MCDONALD, JR.
*fmcdonald@mtwlegal.com*
SARAH A. LONG
*slong@mtwlegal.com*
**MCDONALD TOOLE WIGGINS, P.A.**
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895

Claudia D. McCarron (*Pro Hac Vice*)
*cmccarron@mullen.law*
**MULLEN COUGHLIN LLC**
1275 Drummers Lane, Suite 302
Wayne, Pennsylvania 19087
Telephone: (267) 930-4770
Facsimile: (267) 930-4771

***Attorneys for Defendants TrueFire, LLC***
***and TrueFire, Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ <em>Ryan J. McGee</em>