**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:20-cv-857-WFJ-CPT | **DATE:** May 14, 2021 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **EMMANUEL LLAMAS,**<br><br>       **Plaintiff**<br><br>**v.**<br><br>**TRUEFIRE, LLC, et al.,**<br><br>       **Defendants** | **PLAINTIFF COUNSEL**<br>John Allen Yanchunis<br>Michael Anderson Berry<br><br><br>**DEFENDANT COUNSEL**<br>Claudia D. McCarron | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 9:31 AM - 9:38 AM<br>**TOTAL:** 7 minutes (4 mins – settlement conference; 3 mins – motion hearing) | **COURTROOM:** | 15B |

**PROCEEDINGS:**   TELEPHONIC SETTLEMENT CONFERENCE and MOTION HEARING re Unopposed MOTION for Approval of Attorney Fees and Expense Award (Doc. 29) and Unopposed MOTION in Support of Final Approval of Class Action Settlement and Certification of Settlement Class (Doc. 30)

No class members or objectors attended this hearing.

The objection period has expired. The claims period has not yet closed.

The Court granted the Motions at Docs. 29 and 30 [see Final Judgment and Order at Doc. 35].